LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DORTCH, | CASE NO. C 06 00555 TEH |
| Plaintiff, | Before the Honorable Thelton E. Henderson |
| v. | [PROPOSED] **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| ELI LILLY AND COMPANY, | |
| Defendants. | Conference Date: May 1, 2006<br>Conference Time: 1:30 p.m.<br>Location: Courtroom 12, 19th Floor<br>San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 1, 2006 Case Management Conference ("CMC") to _September 11, 2006_, at _1:30 p.m._. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least ~~5 court~~ 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: _4/25/06_

_[signature]_
Honorable Thelton E. Henderson
United States District Court Judge