LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DORTCH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | No. C 06 0555 TEH<br><br>Before the Honorable THELTON E. HENDERSON<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:　September 11, 2006<br>Conference Time:　1:30 p.m.<br>Location:　Courtroom 12, 19th Floor |

For the reasons set forth in Plaintiff and Defendant's Joint Case Management Conference Statement, the Court hereby continues the September 11, 2006 Case Management Conference ("CMC") to January 22, 2007, at 1:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 calendar days before the CMC, pursuant to this Court's Standing Order.

IT IS SO ORDERED.

DATED:　8/28/06

_____
Honorable Thelton E. Henderson
United States District Court Judge