LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  415-646-7160
Facsimile:  415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DORTCH, | CASE NO.  C 06 0555 TEH |
| Plaintiffs, | Before the Honorable THELTON HENDERSON |
| vs. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | Conference Date:   January 22, 2007<br>Conference Time:   1:30 pm |
| Defendants. | Location:   Courtroom 2, 19th Floor |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby vacates the January 22, 2007 Case Management Conference ("CMC").

**IT IS SO ORDERED.**

DATED:  12/18/06                                   _____
                                                                    Honorable Thelton Henderson
                                                                    United States District Court Judge

- 1 -